**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAM BENFORD,

          Plaintiff,

     vs.

ANTHONY RICCI D/B/A LOOPY SANCHEZ; MORTIMER DUKE LLC; and DOES 1 to 10,

          Defendants.

**Case No.: 2:24-cv-06635-RGK (RAOx)**

**Order and Judgment Re: Default Judgment**

[26]

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, the motion is granted. it is hereby ordered and adjudged that Plaintiff SAM BENFORD shall have JUDGMENT in his favor in the amount of $3,460.00 as fees-and-costs award against Defendant MORTIMER DUKE LLC.

//

//

//

//

1

Additionally, Defendant MORTIMER DUKE LLC is ordered to provide an accessible parking space at the property located at or about 1201 N. Mission Rd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: **12/6/2024**

R. Gary Klausner

United States District Judge